■ In the Matter of FORECLOSURE OF 1996 TAX LIENS BY PROCEEDING IN REM PURSUANT TO ARTICLE 11 OF REAL PROPERTY TAX LAW BY COUNTY OF JEFFERSON. COUNTY OF JEFFERSON, Respondent; AMERICU CREDIT UNION, Appellant. (Proceeding No. 1.) In the Matter of FORECLOSURE OF 1999 TAX LIENS BY PROCEEDING IN REM PURSUANT TO ARTICLE 11 OF REAL PROPERTY TAX LAW BY COUNTY OF JEFFERSON. COUNTY OF JEFFERSON, Respondent; AMERICU CREDIT UNION, Appellant. (Proceeding No. 2.) [813 NYS2d 316]—Appeal from a judgment of the Supreme Court, Jefferson County (Joseph D. McGuire, J.), entered January 31, 2005. The judgment granted the petition for a judgment of foreclosure.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in decision at Supreme Court. Present—Pigott, Jr., P.J., Hurlbutt, Martoche, Smith and Pine, JJ.

■ RAYMOND M. DAVIS et al., Respondents, v COUNTY OF ONONDAGA et al., Defendants, and STEPHEN SEHNERT, Appellant. [813 NYS2d 689]—Appeal from an order of the Supreme Court, Onondaga County (John V. Centra, J.), entered July 15, 2005. The order denied the motion of defendant Stephen Sehnert for summary judgment dismissing the complaint against him.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs. Present—Pigott, Jr., P.J., Hurlbutt, Martoche, Smith and Pine, JJ.